## LEE YUE v. UNITED STATES.

### (Circuit Court of Appeals, Ninth Circuit. October 3, 1904.)

### No. 1,025.

1. CHINESE EXCLUSION—ORDER OF DEPORTATION—SUFFICIENCY OF EVIDENCE.

The judgment of a District Court affirming an order of a commissioner directing the deportation of a Chinese person *held* sustained by the evidence, under the rule established by the exclusion acts, which casts upon the defendant in such cases the burden of proving his right to remain in this country.

Appeal from the District Court of the United States for the Northern District of California.

Henry C. Dibble & Dibble, for appellant.

Duncan McKinlay (Marshall B. Woodworth, U. S. Atty. of counsel), Asst. U. S. Atty.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

ROSS, Circuit Judge. In view of the rule that obtains in cases of this character, we are unable to say that the District Judge erred in affirming the order of the commissioner directing the deportation of the petitioner. See United States v. Wong Dep Ken (D. C.) 57 Fed. 206; United States v. Lung Hong (D. C.) 105 Fed. 188; United States v. Chun Hoy, 111 Fed. 899, 50 C. C. A. 57; United States v. Chu Chee, 93 Fed. 797, 35 C. C. A. 613; United States v. Yong Yew (D. C.) 83 Fed. 832; United States v. Ah Chung (C. C. A.) 130 Fed. 885; Li Sing v. United States, 180 U. S. 486, 21 Sup. Ct. 449, 45 L. Ed. 634.

The judgment is affirmed.